# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0992

———————————————

STANLEY VICTOR MCDANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the County Court for Escambia County.
Kerra Smith, Judge.

May 13, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Jessica Kasey Helms Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.